# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL WHITE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-310-TFM-MU |
| | ) CRIM. ACT. NO. 1:20-cr-36-TFM |
| **UNITED STATES,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 24th day of January, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE